# EXHIBIT A

***Note: bolded patients denote those who chronically use illicit substances throughout treatment with Methadone.

| PATIENT# | CLAIM PERIOD | FACILITY | LACK OF TREATMENT |
|---|---|---|---|
| 27 | 2/13/15 – Present *Medicaid 2/13/15 - 12/31/19; Medicare 1/1/20 - present* | Johnston | No blood testing; no 2016 annual physical exam; 2020 annual physical exam completed 4 months late. |
| 28 | 7/10/15 – Present Medicaid | Johnston | No blood testing; no 2016 annual physical exam; no 2020 annual physical exam (due 7/10/20). |
| 29 | December 2017 – June 2019 Medicaid | Johnston | No treatment plans from 12/2017-6/2019; falsified and backdated treatment plans; no blood testing. |
| 30 | 4/24/2020 – Present Medicaid | Westerly | No annual physical exam (due April 2020). |
| **31** | **2/21/19 – Present Medicaid** | **Westerly** | **No blood testing until 7/30/19; 2020 treatment plan is unsigned by patient, clinician, and supervisor.** |
| 32 | 7/21/20 – Present Medicaid | Providence | No blood testing. |
| 33 | 6/25/19 – 10/8/20 Medicaid | Providence | No blood testing. |
| 34 | 1/23/20 – Present Medicaid | Providence | No treatment plan completed after intake until 8/5/20; No blood testing. |
| 35 | 2/13/20 – 9/8/20 Medicaid | Providence | No blood testing until 9/8/20. |
| 36 | 8/9/17 – Present Medicaid | Providence | No blood testing; no 2018 annual physical exam. |
| 37 | 11/20/17 – Present Medicaid | Providence | No blood testing; no 2018 treatment plan nor annual assessment. |
| 38 | 3/29/18 – 9/30/19 1/1/20 – present Medicaid | Providence | 2019 treatment plan unsigned and 5 months late; 2018 treatment plan was 6 months late; No blood testing; no 2020 annual physical exam. |
| 39 | 4/19/18 – present Medicaid | Providence | No blood testing; no 2018 treatment plan. no 2020 annual physical exam; 2019 annual physical exam 6 months late; 2019 treatment plan lacks ASAM criteria and diagnosis. |
| **40** | **9/10/20 – Present Medicaid** | **Providence** | **No treatment plan; Admission physical unsigned.** |
| 41 | 8/23/18 – present Medicaid | Providence | No 2020 annual physical exam; 2018 treatment plan was late, using improper diagnostic codes; 2019 treatment plan lacks |

|    |                              |            |                                                                                                                                                                           |
|----|------------------------------|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |                              |            | all required signatures; no 2020 treatment plan.                                                                                                                          |
| 42 | 10/26/18 – present Medicaid  | Providence | No 2019 biopsychosocial assessment; no 2018 treatment plan; 2019 treatment plan lacks required signatures and improper diagnostic codes; no blood testing.                |
| 43 | 5/21/19 – present Medicaid   | Providence | No blood testing; 2019 treatment plan lacks required signatures.                                                                                                          |
| 44 | 10/11/17 – present Medicaid  | Providence | No blood testing; no 2018 annual biopsychosocial assessment; no 2018 treatment plan; 2019 treatment plan lacks required signatures; no 2020 treatment plan nor assessment. |
| 45 | 1/22/19 – present Medicaid   | Middletown | No intake biopsychosocial assessment; no 2020 biopsychosocial assessment; no treatment plan from 1/22/19 – 7/18/19.                                                       |
| 46 | 7/5/2018 – Present Medicaid  | Middletown | No 2018 intake biopsychosocial assessment; no 2018 treatment plan; no valid 2020 treatment plan; no 2020 biopsychosocial assessment.                                      |
| **47** | **10/30/18 – 8/21/19 Medicaid** | **Middletown** | **No 2018 treatment plan; falsified and backdated treatment plan; no admission biophysical assessment; falsified and backdated assessment.**                    |
| 48 | 6/12/18 – 6/30/19 Medicaid   | Middletown | No 2018 treatment plan.                                                                                                                                                   |
| **49** | **5/15/20 - Present Medicaid** | **Middletown** | **No blood testing.**                                                                                                                                          |
| **50** | **12/18/18 – 5/30/19 7/1/19 – Present Medicaid** | **Middletown** | **No admission biopsychosocial assessment; no initial treatment plan; no treatment plan until April 27, 2020 (yet treatment plan reviewed July 2019); no blood testing; no annual biopsychosocial assessments.** |